Jeffrey I. Golden, Trustee
P.O. Box 2470
Costa Mesa, CA 92628-2470
Telephone: (714) 445-1013
Facsimile: (714) 966-1002
Email: jgolden@wgllp.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 8:12-BK-11059-ES |
| | § | |
| EDWARD CHARLES LEFEVER | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Jeffrey I. Golden, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $808,864.01 | Assets Exempt: | $31,775.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $18,148.68 | Claims Discharged Without Payment: | $310,442.99 |
| Total Expenses of Administration: | $6,076.12 | | |

UST Form 101-7-TDR (10/1/2010)

3)    Total gross receipts of $47,474.80 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $23,250.00 (see **Exhibit 2**), yielded net receipts of $24,224.80 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,367,214.61 | $96,649.52 | $96,649.52 | $18,148.68 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $6,076.12 | $6,076.12 | $6,076.12 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $89,036.36 | $14,208.75 | $14,208.75 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $364,585.88 | $56,833.08 | $56,833.08 | $0.00 |
| **Total Disbursements** | $1,820,836.85 | $173,767.47 | $173,767.47 | $24,224.80 |

4). This case was originally filed under chapter 7 on 01/27/2012. The case was pending for 41 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/07/2015        By:  /s/ Jeffrey I. Golden
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| RIGHT TO RECEIVE ONE-FOURTH SHARE | 1129-000 | $47,473.96 |
| Interest Asset | 1270-000 | $0.84 |
| **TOTAL GROSS RECEIPTS** | | **$47,474.80** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| U.S. BANKRUPTCY COURT | Exemptions | 8100-002 | $23,250.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$23,250.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | ORANGE COUNTY TREASURER - TAX COLLECTOR | 4110-000 | $20,369.76 | $8,477.00 | $8,477.00 | $0.00 |
| 9 | FRANCHISE TAX BOARD | 4800-000 | $87,447.05 | $88,172.52 | $88,172.52 | $18,148.68 |
| | Bank of America | 4110-000 | $1,081,225.59 | $0.00 | $0.00 | $0.00 |
| | Specialized Loan Servicing LLC | 4110-000 | $178,172.21 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,367,214.61** | **$96,649.52** | **$96,649.52** | **$18,148.68** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JEFFREY I. GOLDEN, TRUSTEE , Trustee | 2100-000 | NA | $3,172.48 | $3,172.48 | $3,172.48 |
| JEFFREY I. GOLDEN, TRUSTEE , Trustee | 2200-000 | NA | $118.90 | $118.90 | $118.90 |
| GLOBAL SURETY, | 2300-000 | NA | ($7.75) | ($7.75) | ($7.75) |

| | | | | | |
|---|---|---|---|---|---|
| LLC | | | | | |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | $151.78 | $151.78 | $151.78 |
| BANK OF AMERICA | 2600-000 | NA | $93.36 | $93.36 | $93.36 |
| Integrity Bank | 2600-000 | NA | $1,797.35 | $1,797.35 | $1,797.35 |
| HAHN FIFE & COMPANY LLP, Accountant for Trustee | 3410-000 | NA | $750.00 | $750.00 | $750.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $6,076.12 | $6,076.12 | $6,076.12 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5A | ORANGE COUNTY TREASURER - TAX COLLECTOR | 5800-000 | $479.52 | $113.89 | $113.89 | $0.00 |
| 9A | FRANCHISE TAX BOARD | 5800-000 | $87,447.05 | $14,094.86 | $14,094.86 | $0.00 |
| | Internal Revenue Service | 5800-000 | $1,109.79 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $89,036.36 | $14,208.75 | $14,208.75 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAN EXPRESS BANK, FSB | 7100-000 | $12,206.61 | $11,870.92 | $11,870.92 | $0.00 |
| 2 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | $501.52 | $501.52 | $501.52 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | $0.00 | $15,566.17 | $15,566.17 | $0.00 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | $5,865.16 | $5,865.16 | $5,865.16 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | ADVANTA BANK CORPORATION | 7100-000 | $7,431.48 | $6,238.55 | $6,238.55 | $0.00 |
| 7 | WATERLINE TECHNOLOGIES INC | 7100-000 | $2,739.96 | $2,739.96 | $2,739.96 | $0.00 |
| 8 | PURITY POOL | 7100-000 | $1,233.75 | $1,233.75 | $1,233.75 | $0.00 |
| 9B | FRANCHISE TAX BOARD | 7100-000 | $87,447.05 | $4,067.72 | $4,067.72 | $0.00 |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR APRIA HEALTHCARE | 7100-000 | $1,106.80 | $1,999.93 | $1,999.93 | $0.00 |
| 11 | OREQ CORPORATION | 7200-000 | $7,762.18 | $6,749.40 | $6,749.40 | $0.00 |
| | Bank of America | 7100-000 | $16,700.75 | $0.00 | $0.00 | $0.00 |
| | Barclays Bank/Juniper | 7100-000 | $990.32 | $0.00 | $0.00 | $0.00 |
| | Brenda Handford | 7100-000 | $1,800.00 | $0.00 | $0.00 | $0.00 |
| | CA Em Phys SMMC Laguna Hills | 7100-000 | $299.16 | $0.00 | $0.00 | $0.00 |
| | CACH LLC | 7100-000 | $20,501.76 | $0.00 | $0.00 | $0.00 |
| | Chase Bank | 7100-000 | $12,917.51 | $0.00 | $0.00 | $0.00 |
| | Colleen Aguilara | 7100-000 | $1,800.00 | $0.00 | $0.00 | $0.00 |
| | Credit One Bank/LVNV Funding LLC | 7100-000 | $3,432.91 | $0.00 | $0.00 | $0.00 |
| | Deluxe for Business | 7100-000 | $60.50 | $0.00 | $0.00 | $0.00 |
| | DirecTV | 7100-000 | $322.31 | $0.00 | $0.00 | $0.00 |
| | HASA Inc | 7100-000 | $136,133.86 | $0.00 | $0.00 | $0.00 |
| | Hudson Valve Co | 7100-000 | $538.75 | $0.00 | $0.00 | $0.00 |
| | Kwik Kopy Printing | 7100-000 | $413.14 | $0.00 | $0.00 | $0.00 |
| | Lake Forest II Master HOA | 7100-000 | $171.50 | $0.00 | $0.00 | $0.00 |
| | Lake Forest Keys HOA | 7100-000 | $479.00 | $0.00 | $0.00 | $0.00 |
| | LifeCare Solutions | 7100-000 | $432.00 | $0.00 | $0.00 | $0.00 |
| | Option One Home Medical Irvine | 7100-000 | $733.75 | $0.00 | $0.00 | $0.00 |
| | Portfolio Recovery Associates LLC | 7100-000 | $23,234.22 | $0.00 | $0.00 | $0.00 |
| | Saddleback | 7100-000 | $10,543.75 | $0.00 | $0.00 | $0.00 |

|  |  |  |  |  |  |
|---|---|---:|---:|---:|---:|
| Memorial Medical Ctr |  |  |  |  |  |
| Saddleback Valley Radiology | 7100-000 | $10.34 | $0.00 | $0.00 | $0.00 |
| Spencer Baughman Co | 7100-000 | $4,000.00 | $0.00 | $0.00 | $0.00 |
| Tina Esquabell | 7100-000 | $1,800.00 | $0.00 | $0.00 | $0.00 |
| VCA Arroyo Petcare Center | 7100-000 | $975.84 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $364,585.88 | $56,833.08 | $56,833.08 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1      Exhibit 8

| Case No.: | 12-11059-ES | Trustee Name: | Jeffrey I. Golden |
|---|---|---|---|
| Case Name: | LEFEVER, EDWARD CHARLES | Date Filed (f) or Converted (c): | 01/27/2012 (f) |
| For the Period Ending: | 7/7/2015 | §341(a) Meeting Date: | 03/07/2012 |
| | | Claims Bar Date: | 10/15/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE LOCATED AT | $770,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 21856 Michigan Lane, Lake Forest, CA  No exemption taken | | | | | |
| 2 | CASH ON HAND, IN DEBTOR'S POSSESSION | $50.00 | $50.00 | | $0.00 | FA |
| **Asset Notes:** | No exemption taken | | | | | |
| 3 | BANK ACCOUNTS: | $239.01 | $239.01 | | $0.00 | FA |
| **Asset Notes:** | Union Bank Personal checking Acct. #...3022 (negative balance -$227.91); Business Checking Acct. #...5494 ($239.01)  No exemption taken | | | | | |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Located at Debtor's residence.  Debtor exempted $1,000.00 under C.C.P. § 703.140(b)(3) | | | | | |
| 5 | MINIMAL BOOKS, PICTURES | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Located at Debtor's residence.  Debtor exempted $500.00 under C.C.P. § 703.140(b)(3) | | | | | |
| 6 | WEARING APPAREL | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Located in Debtor's possession and at residence.  Debtor exempted $200.00 under C.C.P. § 703.140(b)(3) | | | | | |
| 7 | WATCH, CHAIN, RINGS, ETC. | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Located in Debtor's possession and at residence.  Debtor exempted $1,000.00 under C.C.P. § 703.140(b)(4) | | | | | |
| 8 | FISHING POLES AND ACCESSORIES | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Located at Debtor's residence.  Debtor exempted $100.00 under C.C.P. § 703.140(b)(3) | | | | | |
| 9 | STOCK: 1135 SHARES OF POOL CORPORATION | $30,000.00 | $30,000.00 | | $0.00 | FA |
| **Asset Notes:** | Value is estimated.  No exemption taken | | | | | |
| 10 | ACCOUNTS RECEIVABLE REMAINING FROM CLOSED BUSINESS | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Sunguard; unknown collectibility as most are old accounts totaling $30,000. | | | | | |
| 11 | RIGHT TO RECEIVE ONE-FOURTH SHARE | $34,000.00 | $10,750.00 | | $47,473.96 | FA |
| **Asset Notes:** | IN MOTHER'S ESTATE.   Residence sold recently, net proceeds are $136,000 from which mother's debts are being paid (unknown amount at this time); Value listed is Debtor's maximum interest.  Debtor exempted $23,250.00 under C.C.P. § 703.140(b)(5) | | | | | |
| 12 | BUSINESS LICENSE, SUNGUARD; CITY OF MISSION VIEJO | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | No exemption taken. | | | | | |
| 13 | MOTORCYLE:  HARLEY DYNO 2000; 48,000 MILES | $3,500.00 | $3,500.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 12-11059-ES | Trustee Name: | Jeffrey I. Golden |
|---|---|---|---|
| Case Name: | LEFEVER, EDWARD CHARLES | Date Filed (f) or Converted (c): | 01/27/2012 (f) |
| For the Period Ending: | 7/7/2015 | §341(a) Meeting Date: | 03/07/2012 |
| | | Claims Bar Date: | 10/15/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Asset Notes:** | In Debtor's possession or at residence   No exemption taken | | | | | |
| **Ref. #** | | | | | | |
| 14 | AUTO:  1991 GMC PICK-UP TRUCK, 116,000 MILES | $2,500.00 | $600.00 | | $0.00 | FA |
| **Asset Notes:** | In Debtor's possession or at residence.  Debtor exempted $1,900.00 under C.C.P. § 703.140(b)(6) | | | | | |
| 15 | AUTO:  2002 MERCEDES BENZ C240, 65,000 MILES | $7,200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Inheritance from mother's estate; vehicle value was to be split between Debtor and 3 sisters; Debtor owes each of them $1,800 for their interest; vehicle put in Debtor's name for limited purpose of insuring vehicle.  Debtor exempted $3,525.00 under C.C.P. § 703.140(b)(2) | | | | | |
| 16 | PHONE, DESK, CHAIR, REFRIGERATOR, COMPUTER, FAX | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Located at 26072 Merit Circle Ste 114, Laguna Hills, CA (prior business location)  Debtor exempted $100.00 under C.C.P. § 703.140(b)(6) | | | | | |
| 17 | MISC. TOOLS USED IN BUSINESS | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Located at Debtor's residence.  Debtor exempted $200.00 under C.C.P. § 703.140(b)(6) | | | | | |
| 18 | DOG, AUSTRALIAN SHEPARD, AT DEBTOR'S RESIDENCE. | $800.00 | $800.00 | | $0.00 | FA |
| **Asset Notes:** | No exemption taken | | | | | |
| 19 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| INT | Interest Asset | Unknown | Unknown | | $0.84 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $851,389.01 | $45,939.01 | | $47,474.80 | $0.00 |

**Major Activities affecting case closing:**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 3     Exhibit 8

| Case No.: | 12-11059-ES | Trustee Name: | Jeffrey I. Golden |
|---|---|---|---|
| Case Name: | LEFEVER, EDWARD CHARLES | Date Filed (f) or Converted (c): | 01/27/2012 (f) |
| For the Period Ending: | 7/7/2015 | §341(a) Meeting Date: | 03/07/2012 |
| | | Claims Bar Date: | 10/15/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

P.E. 9/30/14: The Debtor's allowed exemption check was issued and mailed out around July 29, 2014 but to date the check has not cleared. The Trustee will be placing a stop payment on the check when the 90 day void period ends and will obtain a current address from the Debtor or his counsel. Estate tax returns have been prepared, filed with the taxing authorities and the Trustee has received the tax clearance letter. All claims have been reviewed and the Trustee has determined that objections are not necessary. The Trustee anticipates submitting his final report to the OUST before December 31, 2014.

P.E. 9/30/13: This case is ready to move towards closing. The Trustee is in the process of employing an accountant to prepare the estate's tax returns and will be reviewing all claims on file to determine whether objections are necessary. The Trustee anticipates submitting his final report in this case before March 31, 2014.

P.E. 9/30/12: The Debtor listed an interest in an inheritance in his deceased Mother's estate. The Trustee made demand upon the Successor Trustee to turnover the interest to the Trustee. The Trustee has received the funds from the inheritance and is investigating the possibility of equity in a motorcycle owned by the Debtor. The Trustee will seek to sell the estate's interest in the equity in the motorcycle subject to overbid. There are no other assets to liquidate. The Trustee anticipates submitting his final report to the OUST by September 30, 2013.

| Initial Projected Date Of Final Report (TFR): | 09/30/2013 | Current Projected Date Of Final Report (TFR): | 12/31/2014 | /s/ JEFFREY I. GOLDEN |
|---|---|---|---|---|
| | | | | JEFFREY I. GOLDEN |

**FORM 2**  Page No: 1                                                                                                 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-11059-ES | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | LEFEVER, EDWARD CHARLES | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | **-***9686 | Money Market Acct #: | ******9850 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market - Interest Bearing |
| For Period Beginning: | 1/27/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/07/2012 | (11) | THE LEFEVER FAMILY TRUST | INHERITANCE FROM MOTHER | 1129-000 | $47,473.96 | | $47,473.96 |
| 09/28/2012 | (INT) | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.24 | | $47,474.20 |
| 10/31/2012 | (INT) | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.41 | | $47,474.61 |
| 10/31/2012 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $64.21 | $47,410.40 |
| 11/16/2012 | (INT) | BANK OF AMERICA | Interest Earned For November 2012 | 1270-000 | $0.19 | | $47,410.59 |
| 11/16/2012 | | BANK OF AMERICA | Bank Service Fee | 2600-000 | | $29.15 | $47,381.44 |
| 11/16/2012 | | Integrity Bank | Transfer Funds | 9999-000 | | $47,381.44 | $0.00 |
| | | | **TOTALS:** | | $47,474.80 | $47,474.80 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $47,381.44 | |
| | | | Subtotal | | $47,474.80 | $93.36 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $47,474.80 | $93.36 | |

| For the period of 1/27/2012 to 7/7/2015 | | For the entire history of the account between 09/07/2012 to 7/7/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $47,474.80 | Total Compensable Receipts: | $47,474.80 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $47,474.80 | Total Comp/Non Comp Receipts: | $47,474.80 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $93.36 | Total Compensable Disbursements: | $93.36 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $93.36 | Total Comp/Non Comp Disbursements: | $93.36 |
| Total Internal/Transfer Disbursements: | $47,381.44 | Total Internal/Transfer Disbursements: | $47,381.44 |

FORM 2

Page No: 2

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-11059-ES | | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|---|
| Case Name: | LEFEVER, EDWARD CHARLES | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9686 | | Checking Acct #: | ******1059 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 1/27/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2012 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $47,381.44 | | $47,381.44 |
| 11/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $36.98 | $47,344.46 |
| 12/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $76.36 | $47,268.10 |
| 01/11/2013 | 2001 | INTERNATIONAL SURETIES LTD. | BOND #016030866 TERM 1/4/13 TO 1/4/14 | 2300-000 | | $51.84 | $47,216.26 |
| 01/24/2013 | 2002 | INTERNATIONAL SURETIES LTD. | BOND #016030866 PREMIUM DUE AFTER INCREASE IN BLANKET BOND | 2300-000 | | $4.88 | $47,211.38 |
| 01/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $76.20 | $47,135.18 |
| 02/28/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $68.67 | $47,066.51 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $75.92 | $46,990.59 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $73.35 | $46,917.24 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $75.67 | $46,841.57 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $73.11 | $46,768.46 |
| 07/26/2013 | 2003 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM #016030866 | 2300-000 | | $13.96 | $46,754.50 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $75.43 | $46,679.07 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $75.29 | $46,603.78 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $72.74 | $46,531.04 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $75.05 | $46,455.99 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $72.51 | $46,383.48 |
| 12/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $74.81 | $46,308.67 |
| 01/09/2014 | 2004 | INTERNATIONAL SURETIES LTD. | BOND #016030866 | 2300-000 | | $49.82 | $46,258.85 |
| 01/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $74.65 | $46,184.20 |
| 02/05/2014 | 2005 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM #016030866 | 2300-000 | | $8.74 | $46,175.46 |
| 02/28/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $67.27 | $46,108.19 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $74.37 | $46,033.82 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $71.85 | $45,961.97 |
| | | | **SUBTOTALS** | | $47,381.44 | $1,419.47 | |

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 12-11059-ES | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | LEFEVER, EDWARD CHARLES | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9686 | Checking Acct #: | ******1059 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/27/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $74.13 | $45,887.84 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $71.62 | $45,816.22 |
| 07/29/2014 | 2006 | EDWARD CHARLES LEFEVER | EXEMPTION PAID TO DEBTOR | 8100-002 | | $23,250.00 | $22,566.22 |
| 07/29/2014 | 2007 | HAHN FIFE & COMPANY LLP | ACCOUNTANT FOR TRUSTEE - FEE PAID PER COURT ORDER ENTERED 3/31/14 | 3410-000 | | $750.00 | $21,816.22 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $73.90 | $21,742.32 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $72.80 | $21,669.52 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $70.11 | $21,599.41 |
| 10/01/2014 | | Integrity Bank | Reverse bank fee | 2600-000 | | ($70.11) | $21,669.52 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $72.45 | $21,597.07 |
| 11/18/2014 | 2006 | STOP PAYMENT: EDWARD CHARLES LEFEVER | EXEMPTION PAID TO DEBTOR | 8100-004 | | ($23,250.00) | $44,847.07 |
| 11/18/2014 | 2008 | U.S. BANKRUPTCY COURT | UNCLAIMED DIVIDEND EXEMPTION PAID TO DEBTOR | 8100-002 | | $23,250.00 | $21,597.07 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $70.00 | $21,527.07 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $72.22 | $21,454.85 |
| 01/08/2015 | 2009 | INTERNATIONAL SURETIES LTD. | Bond #016030866 | 2300-000 | | $22.54 | $21,432.31 |
| 03/20/2015 | | GLOBAL SURETY, LLC | REFUND OF BOND PREMIUM PREMIUM COST PER THOUSAND WAS DECREASED FROM .80 TO .50 RETROACTIVELY TO JANUARY 1, 2015 | 2300-000 | | ($7.75) | $21,440.06 |
| 04/16/2015 | 2010 | JEFFREY I. GOLDEN, TRUSTEE | TRUSTEE FEE PAID PER COURT ORDER ENTERED 4/15/15 | 2100-000 | | $3,172.48 | $18,267.58 |
| 04/16/2015 | 2011 | JEFFREY I. GOLDEN, TRUSTEE | TRUSTEE EXPENSES PAID PER COURT ORDER ENTERED 4/15/15 | 2200-000 | | $118.90 | $18,148.68 |
| 04/16/2015 | 2012 | FRANCHISE TAX BOARD | SECURED TAX LIEN - CLAIM #9 PAID @ 20.583147674% OF ALLOWED AMOUNT | 4800-000 | | $18,148.68 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $45,961.97 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-11059-ES | | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|---|
| Case Name: | LEFEVER, EDWARD CHARLES | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9686 | | Checking Acct #: | ******1059 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 1/27/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTALS: | | $47,381.44 | $47,381.44 | $0.00 |
| | | | Less: Bank transfers/CDs | | $47,381.44 | $0.00 | |
| | | | Subtotal | | $0.00 | $47,381.44 | |
| | | | Less: Payments to debtors | | $0.00 | $23,250.00 | |
| | | | Net | | $0.00 | $24,131.44 | |

| For the period of 1/27/2012 to 7/7/2015 | | For the entire history of the account between 11/16/2012 to 7/7/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $47,381.44 | Total Internal/Transfer Receipts: | $47,381.44 |
| | | | |
| Total Compensable Disbursements: | $881.44 | Total Compensable Disbursements: | $881.44 |
| Total Non-Compensable Disbursements: | $46,500.00 | Total Non-Compensable Disbursements: | $46,500.00 |
| Total Comp/Non Comp Disbursements: | $47,381.44 | Total Comp/Non Comp Disbursements: | $47,381.44 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-11059-ES | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | LEFEVER, EDWARD CHARLES | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9686 | Checking Acct #: | ******1059 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/27/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $47,474.80 | $47,474.80 | $0.00 |

| For the period of 1/27/2012 to 7/7/2015 | | For the entire history of the case between 01/27/2012 to 7/7/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $47,474.80 | Total Compensable Receipts: | $47,474.80 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $47,474.80 | Total Comp/Non Comp Receipts: | $47,474.80 |
| Total Internal/Transfer Receipts: | $47,381.44 | Total Internal/Transfer Receipts: | $47,381.44 |
| | | | |
| Total Compensable Disbursements: | $974.80 | Total Compensable Disbursements: | $974.80 |
| Total Non-Compensable Disbursements: | $46,500.00 | Total Non-Compensable Disbursements: | $46,500.00 |
| Total Comp/Non Comp Disbursements: | $47,474.80 | Total Comp/Non Comp Disbursements: | $47,474.80 |
| Total Internal/Transfer Disbursements: | $47,381.44 | Total Internal/Transfer Disbursements: | $47,381.44 |